**Dismissed and Memorandum Opinion filed August 20, 2015.**



In The

# Fourteenth Court of Appeals

---

**NO. 14-15-00331-CR**
**NO. 14-15-00332-CR**

---

**BENJAMIN EUGENE ALLEN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the County Criminal Court at Law No. 8**
**Harris County, Texas**
**Trial Court Cause Nos. 2000793 & 2000794**

---

## M E M O R A N D U M   O P I N I O N

Appellant appeals his convictions for assault of a family member and evading arrest or detention. Tex. Penal Code Ann. §§ 22.01 & 38.04 (West Supp. 2014).

On June 23, 2015, this court ordered a hearing to determine why a reporter's record in these appeals has not been filed. On July 1, 2015, the trial court

conducted the hearing, and the record of the hearing was filed in this court on August 12, 2015.

At the hearing, appellant stated that he no longer wished to pursue his appeals. Appellant has not filed a written motion to withdraw the appeal or a written motion to dismiss the appeal. *See* Tex. R. App. P. 42.2(a). But, based upon the testimony at the hearing that appellant does not want to continue his appeals, we conclude that good cause exists to suspend the operation of Rule 42.2(a) in these cases. *See* Tex. R. App. P. 2.

Accordingly, we dismiss the appeals.


PER CURIAM


Panel consists of Chief Justice Frost and Justices Christopher and Donovan.
Do Not Publish — Tex. R. App. P. 47.2(b).